570

September 23, 1980.

429 A.2d 67

Commonwealth v. Brown, Appellant.

Submitted December 6, 1979. Mark A. Lublin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J. concurred in the result.